FLN (Rev. 4/2004) Deficiency Order	Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

SHAWN L HENDERSON

    vs	Case No. 3:08cv325/LAC/EMT

THE CHARMED ONES

---

**ORDER**

Plaintiff's document titled, **"Interest Rate of Liquidation Agreement"and attachments**, received by the clerk of the court on August 19, 2008, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

> The document is not in proper form.  A request for a court order must be made by motion.  Fed. R. Civ. P. 7(b).  The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2).  The body of the motion must state with particularity the grounds for seeking the order and the relief sought from the court.  *See* Fed. R. Civ. P. 7(b).

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.  Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

      The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 22nd day of August 2008.

                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**