IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN L. HENDERSON,
     Plaintiff,

vs.                            Case No. 3:08cv325/LAC/EMT

THE CHARMED ONES,
     Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 1, 2008 (Doc. 11).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

      Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 30th  day of October, 2008.


                      s/L. A. Collier
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**